# United States District Court

WESTERN DISTRICT OF WASHINGTON

TAMMIE C. RICHARD,

    PLAINTIFF,

        v.

CECIL KELSEY,
ALASKA VEHICLE TRANSPORT,
UNITED ROAD SERVICES, INC.,

    DEFENDANTS,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C09-5253FDB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion to Dismiss [Dkt. # 15] is **GRANTED**. Plaintiff's claim for negligence against Defendants is **DISMISSED** with prejudice.

October 6, 2009

BRUCE RIFKIN
Clerk

/s/  Pat LeFrois
Deputy Clerk