UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAMMIE C. RICHARD,

                Plaintiff,                          CV09-5253FDB

      vs

CECIL KELSEY, et al.,                     MINUTE ORDER

              Defendant.

       NOW, on this 19th Day of October, 2009, the Court directs the Clerk to enter the following Minute Order:

       Defendants are to file a response to Plaintiff's Motion for Reconsideration of Order granting Defendants' Motion to Dismiss [22] and Final Judgment [23].

       The response is due by November 2, 2009.

       Court denies the request for Oral Argument.

       The Court will consider the motion November 6, 2009.

.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

                        .

                                    **/s/ Pat LeFrois**
                                    Pat LeFrois
                                    Courtroom Deputy